# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH WILLIAMS, | : 3:15-CV-1090 |
| Petitioner | : |
| v. | : |
| | : (JUDGE MARIANI) |
| NANCY A. GIROUX, *et al.*, | : |
| Respondents | : |

## ORDER

**AND NOW**, this 5th day of April, 2022, upon *de novo* review of Magistrate Judge Martin C. Carlson's Report & Recommendation ("R&R") (Doc. 56), Petitioner's Objections thereto (Doc. 60), and all other relevant documents, **IT IS HEREBY ORDERED THAT:**

1. Petitioner's Objections as to habeas grounds 1, 2, 3, 4, and 5 are **OVERRULED** for the reasons set forth in the Court's accompanying memorandum opinion.

2. The reasoning of the R&R (Doc. 56) is **ADOPTED** only as to habeas grounds 4 and 5.

3. The Court will **DENY** relief under 28 U.S.C. § 2254 on grounds 1 through 5.

4. The Court will **DEFER** ruling on habeas ground 6 until the record is more fully developed.

5. Counsel for Petitioner shall be appointed pursuant to 18 U.S.C. § 3006A(a)(2)(B) by further Order of the Court.

Robert D. Mariani
United States District Judge